Jeffrey D. Kent (State Bar No.: 162237)
THE KENT LAW FIRM, APC
1400 N. Harbor Blvd., Suite 601
Fullerton, California 92835
Off: (714) 401-3827 | Fax: (714) 908-3827
Email: jdkent@not-guilty.org

Attorney for Defendant,
Melanie Christine Belger

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHELE ALEXANDRA ESTEY, and<br>MELANIE CHRISTINE BELGER,<br><br>　　　　Defendants. | Case No. 23-cr-00198-ACR<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>OLD SENTENCING DATE:<br>January 24, 2024<br><br>NEW SENTENCING DATE:<br>February 26, 2024 at 3:15 p.m. |

　　　IT IS HEREBY STIPULATED AND AGREED by and between defendants Michelle Alexandra Estey, Melanie Christine Belger, by and through their counsels of record, Dennis Gaughan and Jeffrey D. Kent, respectively, and plaintiff United States of America, by and through its counsel of record, the United States Attorney for the District of Columbia, as follows:

　　　1.　Defendant's sentencing hearing is currently scheduled for January 25, 2025 at 4:00 p.m.

　　　2.　Counsel for defendants have recently received the Government's Sentencing Memorandum and specific videos being used as exhibits therein. Counsel need additional time to review those

videos in order to address some of the issues raised in the government's brief.

3. Accordingly, the parties believe it is in the best interest of the case for defendants' sentencing date to be continued to February 26, 2024 at 3:15 p.m.

```
Dated: January 14, 2024          /s/Jeffrey D. Kent
                                 JEFFREY D. KENT
                                 Attorney for Defendant
                                 MELANIE CHRISTINE BELGER


Dated: January 14, 2024           /s/Dennis Gaughan
                                 DENNIS GAUGHAN
                                 Attorney for Defendant
                                 MICHELLE ALEXANDRA ETSEY


Dated: January 16, 2024          MATTHEW GRAVES
                                 United States Attorney


                                  /s/ Zachary Phillips
                                 Zachary Phillips
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

                                 [Digitally signed by JDK pursuant to
                                 text authorization January 15 & 16,
                                 2024]
```