# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-00198-ACR |
| v. : | |
| : | |
| MICHELLE ALEXANDRA ESTEY, and : | |
| MELANIE CHRISTINE BELGER : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S NOTICE TO COURT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises the Court that the Government has supplied access to its sentencing documents to defense counsel through USAfx. Further, the Government has communicated with defense counsel for both defendant Michelle Estey and defendant Melanie Belger and confirmed that in fact both defense counsel have been able to access and retrieved the Government's supplied videos.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/ *Zachary Phillips*
Zachary Phillips
Assistant United States Attorney
Colorado Bar 31251
District of Colorado (on detail USADC)
1801 California Street, Suite 1600
Denver, CO 80202
720-281-161
Zachary.phillips@usdoj.gov

1