Jeffrey D. Kent (California State Bar No. 162237)
THE KENT LAW FIRM, APC
1400 N. Harbor Blvd., Suite 601
Fullerton, California 92835
Off: (714) 401-3827 | Fax: (714) 908-3827
Email: jdkent@not-guilty.org

Attorney for Defendant,
Melanie Christine Belger

Dennis P. Gaughan (California State Bar No.156355)
LAW OFFICES OF DENNIS P. GAUGHAN
1432 Edinger Ave. Suite 240
Tustin, CA 92783
Off:  (949) 748-9645 | Fax: (714) 258-8282
Email:  gaughanlaw@pacbell.net

Attorney for Defendant
Michelle Alexandra Estey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MICHELLE ALEXANDRA ESTEY, and<br><br>MELANIE CHRISTINE BELGER,<br><br>Defendants. | Case No. 23-cr-00198-ACR<br><br>**CONSOLIDATED MOTION TO CONTINUE SENTENCING HEARING**<br><br>CURRENT SENTENCING DATE: February 26, 2024 |

**CONSOLIDATED MOTION TO CONTINUE SENTENCING HEARING**

Defendants, Michelle Alexandra Estey and Melanie Christine Belger, respectfully request, through their counsels of record, Dennis Gaughan and Jeffery D. Kent, respectively, that this honorable Court continue the sentencing hearing currently scheduled for February 26, 2024, for another 60 days, to a date that is convenient to the Court. The government takes no position on the continuance. Counsel for the defendants, and the government are available

1  April 16, 17, 22, 23, 24 and 25.

2  Compelling cause exists for this request as the defendants' responses to the assertions
3  made by the government in the Government's Consolidated Sentencing Memorandum
4  ("Government's Memorandum") filed on January 5, 2024 require a response by defendants
5  that cannot be made without supporting evidence. Specifically, supporting evidence of phone
6  records requested, but not yet received, and F.B.I. notes, requested and just received on
7  February 12, 2024, as discussed below, require additional time for the defendants to respond
8  to the Government's Consolidated Sentencing Memorandum filed on January 5, 2024.

9  The Government asserts that Ms. Estey's statement to the FBI that she and Ms. Belger
10 became separated for 90 minutes "although plausible . . . is highly unlikely" (Government's
11 Memorandum at p. 18). This goes to the heart of Ms. Estey's reason for remaining on the
12 Capitol grounds. Specifically, Ms. Estey asserts that she and her friend were separated for this
13 period of time and that she remained on the grounds in search of her friend the entire time
14 they were separated. The Government questions Ms. Estey's veracity. (See discussion in
15 Government's Memorandum at p. 18) Ms. Estey, in her support, contends that she repeatedly
16 called Ms. Belger while searching for her, but the calls would not go through. When Ms.
17 Estey saw that the Government used her 90-minute presence on the Capitol grounds as a
18 factor in her sentencing, she informed counsel that her phone records from that day will prove
19 that she spent much of those 90 minutes repeatedly calling her friend as she searched for her.
20 In other words, the phone records will prove that it was not only plausible but true that she
21 and Ms. Belger were separated during that time.

22 Although Ms. Estey requested her own phone records from her carrier, AT&T, the
23 company would not release them to her. Therefore, it became necessary to subpoena those
24 records. The records were subpoenaed on January 23, 2024. As of this writing, the records
25 have not been produced. (A true and correct copy of the subpoena is attached hereto.)

26 Likewise, Ms. Belger's veracity is being questioned for her statement to the FBI that
27 she and Ms. Estey were separated for approximately 90 minutes. This imputed lack of
28 veracity in Ms. Belger's statement to the FBI is a factor in the Government's sentencing

recommendation. (See discussion in Government's Memorandum at p. 19.) On January 23, 2024 Ms. Belger subpoenaed her cell phone records from Verizon to present evidence to the Court that she and Ms. Estey were indeed separated during this time period as the record will reflect attempted calls to or from Ms. Estey's phone number. As of this writing, the Verizon records have not been produced. (A true and correct copy of the subpoena is attached hereto.)

Considering that the Government asserts the length of time Ms. Estey and Ms. Belger spent on the Capitol grounds as a significant factor in its sentencing recommendation, their respective right to respond to the Government's assertion can only be accomplished with the evidence of the cell phone records for that date as support for their statements to the FBI that they were separated for approximately 90 minutes. It is anticipated that the cell phone records will show multiple calls that did not go through or went unanswered. If Ms. Estey and Ms. Belger were together during the time, there would not have been a reason to make the calls.

The defendants also make this request for an extension of the sentencing hearing so that they may review the just obtained F.B.I. notes. At the time the defendants were interviewed by the F.B.I., defense counsel was told that the notes from those interviews would be sent to defense counsel. These notes were just received by counsel on February 12, 2024.

The FBI notes were just sent to Attorney Kent on February 12, 2024. These notes are important documentation in the defendants' sentencing hearing because the Government asserts that the defendants were on the Upper West Terrace where much of the violence occurred and they were witness to the violence but remained on the grounds anyway. However, the defendants did not tell the FBI they were on the Upper West Terrace but only that they were at the top of the stairs. The reason these notes are important is because at the time they were at this location, the defendants maintain they did not see any violence or assaults as the Government contends. Counsel needs the additional time so that these notes may be reviewed and discussed with the defendants. The FBI notes of the interviews will further clarify this important point.

The above documentation is important evidence in the defendants' response to the Government's position on sentencing. Furthermore, these records will advance the Court's

understanding of the factors relevant to its sentencing decision. It is therefore respectfully requested that the Court extend the hearing for 60 days to a date convenient to the Court. Assistant U.S. Attorney Zachary Phillips has been notified of this request and does not take a position as to the requested continuance. Counsel for the defendants, and the government are available April 16, 17, 22, 23, 24 and 25.

Dated: _____, 2024        */s/ Dennis Gaughan*

                                          Attorney for Defendant
                                          MICHELLE ALEXANDRA ESTEY

Dated:_____, 2024        */s/ Jeffrey D. Kent*

                                          Attorney for Defendant
                                          MELANIE CHRISTINE BELGER

<u>CERTIFICATE OF SERVICE</u>

I, Jeffrey D. Kent, hereby certify that this document was filed electronically through the ECF filing system on the 13th day of February 2024, thereby, providing serve electronically upon all parties in this case.

                                          */s/ Jeffrey D. Kent*
                                          _____
                                          Jeffrey D. Kent