Use Tab key to move from field to field on this form.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  23-cr-198

Michelle Alexandra Estey
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Dennis P. Gaughan   Calif SB 156355
(Attorney & Bar ID Number)

Law Offices of Dennis P. Gaughan
(Firm Name)

1432 Edinger Avenue, Suite 240
(Street Address)

Tustin        California        92780
(City)        (State)        (Zip)

(949) 798-9896
(Telephone Number)