January 9, 2024

To whom it may concern,

Michelle and I met back in 1992 at Robinsons May at the Cerritos Mall. We worked together at the Estee Lauder counter and quickly became friends. We have remained close for over 30 years. I have always known Michelle to be smart, kind, educated, and a person of faith. Michelle is the type of friend that would do anything for anybody. We both had kids at the same time in 2001 and would spend time together taking them on walks and hanging out at my house in Costa Mesa. We also attended the same church in Costa Mesa and our husbands were friends. Her husband Mike has many friends in the Newport area and he and Michelle are very well liked. They are a solid family; I am glad to call them friends. I believe Michelle is a person of high morals and good character. I'll always remember how sick and tired I was after having my son Michael in 2001, Michelle would come over to the house, clean the house for me and would bring me meals for the family. I also think about how kind Michelle was to her dad and what a close relationship they had. Michelle always spoke highly of her dad and was a good daughter. Michelle is a loyal friend who looks out for people. The arrest does not change my opinion of Michelle. I believe she was caught up in a bad situation and never thought going to the Capitol would turn into what it did. I will always be friends with Michelle because I know what an awesome person she is and that she is a person of great character.

Over the last 13 years Michelle has come to my salon to get her hair done. During her visits we would always catch up with each other and talk for a couple of hours. I know everything about Michelle and her family, and they are good, honest people. I have always appreciated Michelle's

friendship and our honesty with each other. We are both open books and have no secrets in our lives. We both love our husbands and our families. Overall, I would say we are simple people who enjoy time with our families, good food and good company.

Sincerely,

Janay Thornton